FILED
MAY - 6 2014
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC RODNEY HILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 14-869 |
| W.H.H. TRICE & CO., | ) ) |
| Defendant. | ) ) |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

Plaintiff's complaint pertains to the alleged actions of W.H.H. Trice & Co. and the attorney representing it in an action in the Superior Court of the District of Columbia, Landlord and Tenant Branch. *See* Compl. at 1. Although plaintiff alleges that defendant violated rights protected under the Sixth and Fourteenth Amendments to the United States Constitution, *see id.* at 2, the complaint neither articulates a viable legal claim nor alleges sufficient facts to support the claim. As drafted, the complaint fails to comply with Rule 8(a), and it will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

/s/ Rosemary M. Collyer
United States District Judge

DATE: 1 May 2014